UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD D. AUSTIN,<br><br>Plaintiff<br><br>v.<br><br>SONYA CARILLO,<br><br>Defendant | Case No. 3:19-cv-00274-MMD-WGC<br><br>ORDER |

**I. DISCUSSION**

Plaintiff seeks an extension of time until July 1, 2020, to file his first amended complaint. (ECF No. 7 at 1.) The Court grants the motion for an extension of time. Plaintiff shall file his first amended complaint on or before July 1, 2020. The Court will not grant another extension of time for Plaintiff to file his first amended complaint. If Plaintiff fails to file a timely first amended complaint, this action will be dismissed with prejudice for failure to state a claim. (*See* ECF No. 5 at 9.)

**II. CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 7) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before July 1, 2020.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be dismissed with prejudice for failure to state a claim.

DATED THIS  1st  day of April 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE